UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ANGELINA D. LITTLE-FINDLEY, | Civil No. 3:11-CV-00284-BR |
| Plaintiff, | |
| vs. | JUDGMENT |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant | |

This case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further administrative proceedings pursuant to this Court's ORDER of remand, issued on February 29, 2012. Judgment is entered for Plaintiff.

DATED this 29th day of February 2012.

_____
UNITED STATES DISTRICT JUDGE

Page 1    JUDGMENT - [3:11-CV-00284-BR]