LISA R. PORTER
KP Law LLC
16200 SW Pacific Hwy, Suite H-233
Portland, OR 97224
(503) 245-6309
OSB NO. 025035
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

Angelina D. Little-Findley,
        Plaintiff,

vs.

MICHAEL J. ASTRUE
COMMISSIONER of Social Security,
        Defendant    /

Civil Action No. 3: 11-cv-00284-BR

ORDER GRANTING AWARD
OF EAJA FEES, EXPENSES
COSTS

ORDER

Based upon the Plaintiff's Petition, the Equal Access to Justice Act (EAJA), 28 U.S.C. §

the assignment of EAJA fees to Plaintiff's attorney by Plaintiff, as discussed in <u>Astrue v Ratliff,</u>

U.S. (2010), it is hereby ordered that EAJA attorney's fees of $ 4,383.67 and expenses

$ 6.18 and costs of $ 7.50 , shall be paid to the Plaintiff, and mailed to the

attorney's office.

        Done this 30th day of May , 2012.

                                                        _____
                                                               Judge

Presented by:

/s/ Lisa R. J. Porter
Lisa R.J. Porter, OSB 025035
Attorney for Plaintiff
16200 SW Pacific Hwy., Suite H280
Portland, OR 97224